

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2025

No. 04-25-00559-CR

**EX PARTE** Cecil **BURLEY**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

      Relator filed a petition for writ of habeas corpus in which he asks this court to release him from confinement on bond. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

      It is so **ORDERED** on September 17, 2025.

_____
Lori I. Valenzuela, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. DC2022CR4667, styled *State of Texas v. Cecil Burley*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.